ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

DATE FILED: 6/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
RITA REYES o/b/o                :
JHOAN HURTADO,                  :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :    STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :    08 Civ. 3023 (SHS)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from June 23, 2008 to and including August 22, 2008.  The reason for the request is

that the defendant's counsel has not yet been able to complete her review of the administrative record. No previous extension have been requested in this case.

Dated: New York, New York
       May 29, 2008

                                            RITA REYES
                                            Plaintiff Pro Se
                                            2409 Crotona Avenue
                                            Apt. #4
                                            Bronx, New York 10458
                                            Telephone No. (347) 821-1815

                                            MICHAEL J. GARCIA
                                            United States Attorney
                                            Southern District of New York

                           By: _____
                               LESLIE A. RAMIREZ-FISHER
                               Assistant U.S. Attorney
                               86 Chambers Street, 3rd Floor
                               New York, New York  10007
                               Telephone No.: (212) 637-0378
                               Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: 6/11/08

_____
UNITED STATES DISTRICT JUDGE