**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

**MEMO ENDORSED**

August 20, 2008

By Hand

Honorable Sidney H. Stein
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

      Re: Reyes o/b/o J.D.H. v.
          <u>Commissioner of Social Security</u>
          08 Civ. 3023 (SHS)

Dear Judge Stein:

      This Office represents the Commissioner of Social Security, defendant in the above-referenced matter. Upon my review of the case, I have identified several issues that require that I seek additional information from the Agency. Therefore, I respectfully request a thirty-day extension from August 22, 2008, until September 22, 2008 to respond to the complaint.

      This is the government's second request for an extension in this matter. This Office has attempted to reach plaintiff <u>pro se</u> by telephone, but she has not yet returned our call.

SO ORDERED 8/21/08

SIDNEY H. STEIN
U.S.D.J.

Thank you for consideration of this request.

                Respectfully,

                MICHAEL J. GARCIA
                United States Attorney

By: _____
     LESLIE A. RAMIREZ-FISHER
     Assistant U.S. Attorney
     Telephone: (212) 637-0378
     Fax: (212) 637-2750

cc: Rita Reyes o/b/o J.D. H.
    Plaintiff Pro Se
    (By Overnight Mail)